# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 18-28583MP |
| vs. | Citizenship: GUATEMALA |
| Erwin Geovani Oliva-Rosa | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

On or about June 17, 2018, at or near Sasabe, Arizona, in the District of Arizona, Erwin Geovani OLIVA-Rosa, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about June 17, 2018, agents found Erwin Geovani OLIVA-Rosa in the United States of America at or near Sasabe, Arizona without the proper immigration documents. Furthermore, Erwin Geovani OLIVA-Rosa admitted to illegally entering the United States of America from Mexico on or about June 17, 2018, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 06/18/2018                                    at Tucson, Arizona

Trevor McDonald, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/18/2018

**Jacqueline M. Rateau**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                         CASE: 18-28583MP

vs.

Erwin Geovani Oliva-Rosa

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Erwin Geovani Oliva-Rosa, was represented by counsel, Homero Torralba (CJA).

The defendant pled guilty to the Complaint on 06/18/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 06/17/2018 |

As pronounced on 06/18/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Monday, June 18, 2018.

Jacqueline M. Rateau
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 06/18/2018     Case Number: 18-28583MP

USA vs. **Erwin Geovani Oliva-Rosa**
U.S. MAGISTRATE JUDGE: JACQUELINE M. RATEAU     Judge AO Code: 70BN
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Mirtha Nebeker, Spanish
Attorney for Defendant: Homero Torralba (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **06/17/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:    Homero Torralba (CJA) is appointed as attorney of record for defendant.
Defense counsel makes a record re credible fear claim.

Recorded by Courtsmart    COP: 1
BY: Amanda Smith          Sent: 0
    Deputy Clerk          IA: 0
    Start: 1:34 PM Stop: 3:14 PM